

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00494-CV

| | | |
|---|---|---|
| VIRGINIA MORMAN, Appellant | § | On Appeal from the 235th District Court |
| V. | § | of Cooke County (CV23-00198) |
| | § | August 22, 2024 |
| BISHOP ENERGY D/B/A ENDERBY GAS, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for a new trial.

It is further ordered that Bishop Energy d/b/a Enderby Gas shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
      Chief Justice Bonnie Sudderth